Hearing: Sept. 17, 2014<br>
Time: 10:00 a.m.<br>
Bangor, ME

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br>**Duane C. Beedle**<br><br>Debtor | Chapter 7<br><br>Case No. 14-10471 |

### DEBTOR'S MOTION TO CONVERT TO CHAPTER 13 CASE

Pursuant to 11 U.S.C. § 706, the above-named Debtor, by and through his attorney, Joseph M. O'Donnell, requests that this Court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On June 17, 2014, the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The Debtor affirms that this case had not previously been converted.

2. The Debtor further affirms that he has regular income, and owed on the date of filing non-contingent, liquidated, unsecured debts of less than $373,175 and non-contingent, liquidated secured debts of less than $1,149,525.

Dated at Augusta, Maine, this August 19, 2014

        /s/ Joseph M. O'Donnell, Esq.
        joe@goodspeedlaw.com
        Goodspeed & O'Donnell
        Attorneys for Debtor
        P.O. Box 738
        Augusta, ME 04332
        207-622-6161

        /s/ Duane C.Beedle
        Duane C. Beedle, debtor